## FREDERIC W. DEARBORN *vs.* EDWIN TURNER.

Where the owner of a chattel delivers it to another, and takes his promise in writing to return it on a day specified, or pay a sum of money therefor, the property in the chattel passes from the former to the latter.

TROVER for a cow and calf, on a statement of facts agreed. The plaintiff, being then the owner of the cow, on the 22d of *April* 1836, delivered her to one *Nason* under the following agreement. " *Monmouth, April* 22, 1836 ; Rec'd of *F. W. Dearborn,* one four year old cow, and a calf by her side, which I promise to return to him in *Augusta* in one year from this date, with a calf by her side, or pay twenty-two dollars and fifty cents. *Wm. H. Nason.*" Within the year *Nason,* without the knowledge of the plaintiff, sold the cow to the defendant, who paid him therefor. The plaintiff has not been paid for the cow. On *April* 23, 1837, the plaintiff found the cow in the possession of the defendant, with a calf by her side, and demanded the same, but the defendant refused to deliver them.

*Emmons,* for the plaintiff, contended, that the true construction of this contract was, that it was a conditional one, by which the cow was to remain the property of the plaintiff unless the condition was performed. *Nason* could be entitled to the cow only on payment of the price by the time agreed on. *Tibbets* v. *Towle,* 3 *Fairf.* 341.

*May,* for the defendant, contended, that by the contract, *Nason* had the election to consider this a sale, if he pleased. By the sale of the cow, or by the neglect to return her, the election was made, that the cow should be his. But the contract amounted to a sale at the time of the delivery. *Holbrook* v. *Armstrong,* 1 *Fairf.* 31 ; *Hurd* v. *West,* 7 *Cowen,* 752; *Story on Bailments, ch.* 6, *sec.* 439.

The opinion of the Court was subsequently drawn up by

WESTON C. J. — The plaintiff delivered to *Nason* a cow and a calf, for which he took his written promise, to return the same cow within a year, with a calf by her side, or to pay twenty-two dollars and fifty cents. We are very clear, that the security of the

plaintiff vested in contract ; and that *Nason,* having the alternative
to return or pay, the property passed to him, and he was at liberty
to sell the cow. *Tibbets* v. *Towle,* 3 *Fairf.* 341, was a very
different case. There the plaintiff expressly reserved to himself
the title to the oxen, until paid for. The case of *Hurd* v. *West,*
7 *Cowen,* 752, decides expressly, that where an alternative exists,
the title to the property, in a case like this, is transferred upon the
delivery.

*Plaintiff nonsuit.*